# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYAN LEDUFF, JR.

NO. 2020 KW 0991

**DECEMBER 7, 2020**

---

In Re:     Bryan Leduff, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-17-0645.

---

**BEFORE:     HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT